## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.M.R.,                                      : No. 565 MAL 2014
                                             :
                    Petitioner               :
                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court
            v.                               :
                                             :
                                             :
                                             :
F.M.B.,                                      :
                                             :
                    Respondent               :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.